LYNN M. DEAN, Cal. Bar No. 205562
Email: deanl@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 South Flower Street, Suite 900
Telephone:  (323) 965-3840
Facsimile:   (213) 443-1904                                CASE CLOSED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.:  CV 09-3410- ODW (RZx) |
| Plaintiff, | (The Hon. Otis D. Wright II) |
| vs. | |
| GORDON A. DRIVER and AXCESS AUTOMATION, LLC, | **FINAL JUDGMENT AGAINST GORDON A. DRIVER** |
| Defendants. | |

Plaintiff Securities and Exchange Commission ("Commission") having filed a Complaint and Defendant Gordon A. Driver ("Driver") having entered a general appearance; consented to the Court's jurisdiction over him and the subject matter of this action; consented to entry of this Judgment  without admitting or denying the allegations of the Complaint (except as to jurisdiction); having waived findings of fact and conclusions of law; and having consented to the determination of disgorgement with prejudgment interest and civil penalties by motion; and the Commission's Motion for Entry of Final Judgment Imposing Disgorgement, Prejudgment Interest, and a Civil Penalty Against Driver having come before the Court:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Driver and his agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a)   to employ any device, scheme, or artifice to defraud;

(b)   to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c)   to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

## II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Driver and his agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77q(a), in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a)     to employ any device, scheme, or artifice to defraud;

(b)     to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c)     to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

## III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Driver and his agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 5 of the Securities Act, 15 U.S.C. § 77e, by, directly or indirectly, in the absence of any applicable exemption:

(a)     Unless a registration statement is in effect as to a security, making use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell such security through the use or medium of any prospectus or otherwise;

(b)     Unless a registration statement is in effect as to a security, carrying or causing to be carried through the mails or in interstate commerce, by any means or

1   instruments of transportation, any such security for the purpose of sale or for delivery

2   after sale; or

3        (c)    Making use of any means or instruments of transportation or

4   communication in interstate commerce or of the mails to offer to sell or offer to buy

5   through the use or medium of any prospectus or otherwise any security, unless a

6   registration statement has been filed with the Commission as to such security, or while

7   the registration statement is the subject of a refusal order or stop order or (prior to the

8   effective date of the registration statement) any public proceeding or examination

9   under Section 8 of the Securities Act, 15 U.S.C. § 77h.

10                                         **IV.**

11      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Driver and

12   his agents, servants, employees, attorneys, and all persons in active concert or

13   participation with any of them who receive actual notice of this Judgment by personal

14   service or otherwise are permanently restrained and enjoined from violating, directly

15   or indirectly, Section 15(a) of the Exchange Act, 15 U.S.C. § 78o(a), by making use of

16   the mails or any means or instrumentality of interstate commerce to effect any

17   transaction in, or to induce or attempt to induce the purchase or sale of, any security,

18   without being registered as a broker or dealer in accordance with Section 15(b) of the

19   Exchange Act, 15 U.S.C. § 78o(a).

20                                          **V.**

21      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Driver is

22   liable for disgorgement of $3,010,147.00, representing profits gained as a result of the

23   conduct alleged in the Complaint, together with prejudgment interest thereon in the

24   amount of $108,971.17, for a total of $3,119,118.17.  Defendant shall satisfy this

25   obligation by paying $3,119,118.17 to the Securities and Exchange Commission

26   within 14 days after entry of this Final Judgment.

27      Defendant may transmit payment electronically to the Commission, which will

28   provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also

be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Gordon A. Driver as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant.  The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## VI.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Driver shall pay a civil penalty in the amount of $3,010,147.00 pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3).   Defendant shall make this payment within 14 days after entry of this Final Judgment.

Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.   Payment may also be made directly from a bank account via Pay.gov through the SEC website at

1  http://www.sec.gov/about/offices/ofm.htm.  Defendant may also pay by certified

2  check, bank cashier's check, or United States postal money order payable to the

3  Securities and Exchange Commission, which shall be delivered or mailed to

4       Enterprise Services Center
5       Accounts Receivable Branch
        6500 South MacArthur Boulevard
6       Oklahoma City, OK 73169

7   and shall be accompanied by a letter identifying the case title, civil action number,

8  and name of this Court; Gordon A. Driver as a defendant in this action; and specifying

9  that payment is made pursuant to this Final Judgment.

10       Defendant shall simultaneously transmit photocopies of evidence of payment

11  and case identifying information to the Commission's counsel in this action.  By

12  making this payment, Defendant relinquishes all legal and equitable right, title, and

13  interest in such funds and no part of the funds shall be returned to Defendant.  The

14  Commission shall send the funds paid pursuant to this Final Judgment to the United

15  States Treasury. Defendant shall pay post-judgment interest on any delinquent

16  amounts pursuant to 28 USC § 1961.

17                                    **VII.**

18       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the

19  previously filed Consent is incorporated herein with the same force and effect as if

20  fully set forth herein, and that Driver shall comply with all of the undertakings and

21  agreements set forth therein.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

Final Judgment Against                                        CV 09 3410 ODW RZx
Gordon A. Driver                          5

## VIII.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

Dated: December 19, 2014

_____

**HONORABLE OTIS D. WRIGHT**
**UNITED STATES DISTRICT JUDGE**